11-10-25

Richard W. Rose, Jr.
Trustee
309 Belmont St.
Worcester MA 01604

U.S. District Court
Office of the Clerk
55 Pleasant St.
Concord NH 03301

R/E: Richard W Rose Jr
    Trustee
    vs.
Commonwealth of Mass.
State of NH.
Worcester Recovery Center + Hospital

Dear Clerk,
   Please mark, file, docket open the Complaint and Case. Send me a civil cover sheet and Court fee waiver form and a docket report.
        Thank You,
        Richard W. Rose Jr.

# United States District Court
## of
## New Hampshire

Richard W. Roth Jr.
Trustee

vs.

Commonwealth of Mass.
State of New Hampshire
Worcester Recovery Center +
Hospital, Kathleen Wenzel

Complaint
U.S.C. §RSA:564:A:7:II

On 11-15-2020 the Wakefield Police Dept., Chief Steven Skory Officer Kelley E. Tobyne swore an arrest warrant complaint at the Malden District Court for my arrest. On 11-28-2020 the Mass State Police broke into my home in Woburn MA and at gunpoint cuffed me. They brought me the State Police Station were they did not book me nor read me my civil rights. The Malden District Court sent me by court order to the hospital the Worcester Recovery Center + Hospital, for a 16 day court order evaluation only. The State of Mass. and the hospital have held me in custody for 5 years. In a locked unit hospital drugging me, I now have drug induced Parkinson and I am left disable for life. Wile in custody the Wakefield Police Dept, Cindea N+ Police Dept. have filed in District Courts Criminal Complaints of violation of a Restraining order for Richard Rooks, 825 Newton St. Boston MA not me at all.

①

The Candia N.H. Police Dept. faxing and mailing fake arrest warrants out for Richard W. Rosen of Woburn MA a Real Estate Trustee and Home owner Richard W. Rosen Jr. - 564 Old Candia Rd., Candia N.H. While at a hearing after my arrest by the Mass State Police 11-18-2020 the Middlesex County D.A. had a fax copy of an arrest warrant, the Court checked the National Warrant data base the warrant was fake, false, and I was false arrested and held in custody with no trial in either State, Criminal Conviction, or Criminal sentence there of. On 7-15-2024 the Trial Court of Massachusetts, Superior Court order and allowed endorsement of Motion, release and discharge from the Worcester Recovery Center + Hospital, Vacate civil Commitment 6-26-2024 Worcester District Court, Expunged all papers, Court Cases, District Court, Medical Records not complied to. I am still being held in Custody at the hospital, Kathleen Wenzel C.E.O. served Clerks notice in hand 18 times Worcester Sheriffs Office and Campus Police Dept. my release and discharge from custody at the hospital. On 7/25/2025 I filed a Complaint and Motion for Federal Habeas Corpus release from Custody the Commonwealth of Mass. and the hospital

Plaintiff,
Richard W. Rosen Jr.

(2)

| CLERK'S NOTICE | DOCKET NUMBER<br>2482CV00688 | Trial Court of Massachusetts<br>The Superior Court |
|---|---|---|
| CASE NAME:<br>Porter, Jr., Richard W vs. Kathleen Wenzel C.E.O. | | Walter F. Timilty, Clerk of Courts<br>Norfolk County |
| TO:<br>Richard W Porter, Jr.<br>309 Belmont St<br>Worcester, MA 01608 | | COURT NAME & ADDRESS<br>Norfolk County Superior Court<br>650 High Street<br>Dedham, MA 02026 |

Exhibit #2

FILED - USDC - NH
2025 NOV 17 PM 4:07

You are hereby notified that on 07/15/2024 the following entry was made on the above referenced docket:

Endorsement on Motion to 1) Discharge and release from the Worcester Recovery Center and Hospital; 2) Vacate Civil Commitment G.L. c. 123-16(c) Worcester District Court date 6/26/2024; 3) Impound all papers, court cases, District Court, medical records, related to G.L. c. 123-9(b) – (#4.0): ALLOWED Paper 6). (Cloutier, J)(dated 7/15/24) ns



**Worcester County Sheriff's Office P.O. Box 1066 Worcester, MA 01613**
(508) 752-1100

9/9/2024

I hereby certify and return that on 9/6/2024 at 12:38 PM I served a true and attested copy of the CLERK'S NOTICE in this action in the following manner: To wit, by delivering in hand to KATHLEEN WENZEL, C.E.O, , agent, person in charge at the time of service for WORCESTER RECOVERY CENTER AND HOSPITAL at 309 BELMONT STREET WORCESTER, MA 01604 . Service Fee ($20.00) Attest ($5.00) Mileage ($1.28) Postage ($0.95) Total: $27.23

Steven Trottier
Deputy Sheriff

A TRUE COPY ATTEST
DEPUTY SHERIFF

| DATE ISSUED<br>07/15/2024 | ASSOCIATE JUSTICE/ ASSISTANT CLERK<br>Hon. Claudine Cloutier | SESSION PHONE#<br>(781)326-1600 |
|---|---|---|

Date/Time Printed 07-15-2024 12:50:02          SCR015 032023

Case 1:25-cv-00524-JL-AJ   Document 1   Filed 11/17/25   Page 5 of 7

*Exhibit #3*

General Law - Part III, Title IV, Chapter 248, Section 35

9/20/24, 8:14 AM

FILED - USDC -NH
2025 NOV 17 pm4:07

| | |
|---|---|
| **Part III** | COURTS, JUDICIAL OFFICERS AND PROCEEDINGS IN CIVIL CASES |
| **Title IV** | CERTAIN WRITS AND PROCEEDINGS IN SPECIAL CASES |
| **Chapter 248** | HABEAS CORPUS AND PERSONAL LIBERTY |
| **Section 35** | PERSONAL LIBERTY; HOW SECURED |

Section 35. No person shall be deprived of his liberty or held in custody by any person or in any place against his will or, if he is a minor, against the will of his parents, guardian or other person entitled to his custody, except by due process of law; but this section shall not apply to persons who have been legally convicted of crime and are serving sentence therefor.

*Exhibit #2*

| HARASSMENT PREVENTION ORDER G.L. c. 258E | DOCKET NO. 17-50-HPO-163 | Massachusetts Trial Court |
|---|---|---|
| PLAINTIFF'S NAME: Nancy Marino-Frizzi | | COURT NAME & ADDRESS: Malden District Court, 89 Summer Street, Malden, MA 02148 |
| DEFENDANT'S NAME AND ADDRESS: Richard Porter, 825 Newton Street, Boston, MA 02118 | ALIAS, IF ANY: | |
| | DATE OF BIRTH: 6/7/60   SEX: ☒ Male ☐ Female | |
| | PLACE OF BIRTH: | MOTHER'S MAIDEN NAME (FIRST & LAST): |
| | SOCIAL SECURITY NO.:   DAYTIME PHONE NO.: | FATHER'S NAME (FIRST & LAST): |

**VIOLATION OF THIS ORDER IS A CRIMINAL OFFENSE** punishable by imprisonment or fine or both.

**A. THE COURT HAS ISSUED THE FOLLOWING ORDERS TO THE DEFENDANT:** (only those items checked shall apply)

☒ This Order was issued without advance notice because the Court determined that there is a substantial likelihood of immediate danger of harassment.

☐ This Order was communicated by telephone from the Judge named below to:
Police Dept. _____ Police Officer _____

☒ 1. **YOU ARE ORDERED NOT TO ABUSE THE PLAINTIFF** by harming or attempting to harm the Plaintiff physically or by placing the Plaintiff in fear of imminent serious physical harm. **YOU ARE ALSO ORDERED NOT TO HARASS THE PLAINTIFF** (1) by any willful and malicious conduct aimed at the Plaintiff and intended to cause fear, intimidation, abuse or damage to property, or (2) by using force, threat or duress to make the Plaintiff engage in sexual relations unwillingly, or (3) by committing any of the following: indecent assault and battery, rape, statutory rape, assault with intent to rape (G.L. c. 265, §§ 13B, 13F, 13H, 22, 22A, 23, 24, 24B); enticing a child (§ 26D), criminal stalking (§ 43), criminal harassment (§ 43A), or drugging for sexual intercourse (G.L. c. 272, §3).

☒ 2. **YOU ARE ORDERED NOT TO CONTACT THE PLAINTIFF** either in person, by telephone, in writing or otherwise, either directly or through someone else, and to stay at least ___ yards from the Plaintiff even if the Plaintiff seems to allow or request contact. The only exception to this Order is that you may send to the Plaintiff by mail or by sheriff or other authorized officer copies of papers filed with the court when that is required by statute or court rule.

☒ 3. **YOU ARE ORDERED TO REMAIN AWAY FROM THE PLAINTIFF'S RESIDENCE** located at 17 Babson Street Wakefield, MA 01880 and wherever else you have reason to know the Plaintiff may reside.
   ☒ If this box is checked, you are also ORDERED to remain away from the entire apartment building or other multiple family dwelling in which the Plaintiff's residence is located.

☒ 4. **YOU ARE ORDERED TO REMAIN AWAY FROM THE PLAINTIFF'S WORKPLACE** located at 525 Main Street Wakefild, MA 01880 and wherever else you have reason to know the Plaintiff may work.

☐ 5. YOU ARE ORDERED TO COMPENSATE THE PLAINTIFF for $ _____ in losses suffered as a direct result of the harassment, to be paid in full on or before _____, 20___. ☐ by mailing directly to the Plaintiff. ☐ through the Court.

☐ 6. _____

**B. NOTICE TO LAW ENFORCEMENT**

1. An appropriate law enforcement officer shall serve upon the Defendant in hand a copy of the Complaint and a certified copy of this Order (and Summons) and make return of service to this court. If this box is checked ☐ service may instead be made by leaving such copies at the Defendant's address shown above but only if the police officer is unable to deliver such copies in hand to the Defendant.
2. Defendant Information Form accompanies this Order. ☐ 3. Police reports are on file at the _____ P.D.
☐ 4. Outstanding warrants for the Defendant's arrest: PCF No. _____ Docket No(s). _____
☐ 5. An imminent threat exists of bodily injury to the Plaintiff. _____ P.D. notified by ☐ telephone ☐ other: _____

| DATE OF THIS ORDER: 3/17/17 | TIME OF THIS ORDER: 10:45 ☒ A.M. ☐ P.M. | EXPIRATION DATE OF THIS ORDER: 3/31/17 at 4 P.M. | SIGNATURE/NAME OF JUDGE: X _____ |
|---|---|---|---|
| NEXT HEARING DATE: 3/31/17 at 9 ☒ A.M. ☐ P.M. in Courtroom ___ | | | |
| FIRST OR CHIEF JUSTICE   WITNESS: HON Benjamin Barnes | | A TRUE COPY ATTEST: | CLERK-MAGISTRATE/ASST. CLERK: X _____ |

The Plaintiff must appear at scheduled hearings, or this Order will expire. The Defendant may appear, with or without an attorney, to oppose any extension or modification of this Order. If the Defendant does not appear, the Order may be extended or modified as determined by the Judge. For good cause, either the Plaintiff or the Defendant may request the Court to modify this Order before its scheduled expiration date. NOTICE TO DEFENDANT: If the Plaintiff is your spouse or former spouse, or you are the parent of a child of the Plaintiff, or you cohabit or have cohabited with the Plaintiff, the purchase and/or possession of a firearm and/or ammunition while this order is in effect is a federal crime, subject to certain exceptions. 18 U.S.C. §§ 922(g)(8) and 925.

HA-2 (5/10)

COURT COPY

Richard Rose, Jr.
309 Belmont St.
Worcester MA 01604

U.S. District Court
Office of the Clerk
55 Pleasant St.
Concord NH 03301

US POSTAGE PITNEY BOWES
ZIP 01604
02 4W
$001.03
0000386911 NOV 13 2025